ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

NATIONAL FISHERIES INSTITUTE, INC., Mazzetta Company LLC, Ore–Cal Corporation, and Eastern Fish Company, Inc., Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant,

and

Southern Shrimp Alliance, Defendant.

No. 2011–1135.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

Anthony E. CHANEY, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2011–3012.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2011.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

